UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CRIME, JUSTICE & AMERICA, INC., a California Corporation; and RAY HRDLICKA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>KLICKITAT COUNTY, KLICKITAT COUNTY SHERIFF'S OFFICE; et al.,<br><br>Defendants. | NO:  CV-12-3018-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE the Court is the parties' Stipulated Voluntary Dismissal with Prejudice, ECF No. 20.  Having reviewed said stipulation and the file and pleadings therein, the Court finds good cause to approve dismissal.  Accordingly,

**IT IS HEREBY ORDERED:**

1. The parties' Stipulated Voluntary Dismissal with Prejudice, **ECF No. 20**, is **GRANTED**.  Plaintiff's Complaint and all counterclaims and/or cross-

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

claims, if any, are dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and close this case.

**DATED** this 7th day of December 2012.


                            *s/ Rosanna Malouf Peterson*
                            ROSANNA MALOUF PETERSON
                            Chief United States District Court Judge